# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MONIGOLD, THOMAS A § Case No. 13-80569
     MONIGOLD, PHYLLIS A §
      §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $32,821.00   Assets Exempt: $57,820.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $198,942.00   Claims Discharged Without Payment: $32,864.01

Total Expenses of Administration: $34,019.50

3) Total gross receipts of $ 262,961.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $232,961.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $190,000.00 | $196,967.84 | $196,967.84 | $196,967.84 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 39,731.14 | 34,019.50 | 34,019.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 25,413.25 | 19,741.61 | 19,741.61 | 1,974.16 |
| **TOTAL DISBURSEMENTS** | $215,413.25 | $256,440.59 | $250,728.95 | $232,961.50 |

    4) This case was originally filed under Chapter 7 on February 26, 2013. The case was pending for 8 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/13/2013          By: /s/BERNARD J. NATALE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate located at: 2236 Breckenboro Rd, Dav | 1110-000 | 262,961.50 |
| **TOTAL GROSS RECEIPTS** | | **$262,961.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Title Underwriters Agency Escrow/Closing Account | Debtors' Homestead Exemptions | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Loancare Servicing | 4110-000 | 190,000.00 | N/A | N/A | 0.00 |
| | Title Underwriters Agency Escrow/Closing Account | 4110-000 | N/A | 196,967.84 | 196,967.84 | 196,967.84 |
| **TOTAL SECURED CLAIMS** | | | **$190,000.00** | **$196,967.84** | **$196,967.84** | **$196,967.84** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 17.34 | 17.34 | 17.34 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,898.00 | 1,898.00 | 1,898.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 14,898.08 | 9,186.44 | 9,186.44 |
| Morgan Realty | 3510-000 | N/A | 7,812.00 | 7,812.00 | 7,812.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Title Underwriters Agency Escrow/Closing Account | 2500-000 | N/A | 263.75 | 263.75 | 263.75 |
| Title Underwriters Agency Escrow/Closing Account | 2820-000 | N/A | 4,202.79 | 4,202.79 | 4,202.79 |
| Title Underwriters Agency Escrow/Closing Account | 3510-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Title Underwriters Agency Escrow/Closing Account | 2500-000 | N/A | 1,078.75 | 1,078.75 | 1,078.75 |
| Title Underwriters Agency Escrow/Closing Account | 2820-000 | N/A | 7,926.58 | 7,926.58 | 7,926.58 |
| Title Underwriters Agency Escrow/Closing Account | 2500-000 | N/A | 79.80 | 79.80 | 79.80 |
| Rabobank, N.A. | 2600-000 | N/A | 14.47 | 14.47 | 14.47 |
| Rabobank, N.A. | 2600-000 | N/A | 20.75 | 20.75 | 20.75 |
| Rabobank, N.A. | 2600-000 | N/A | 18.83 | 18.83 | 18.83 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $39,731.14 | $34,019.50 | $34,019.50 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 10,316.69 | 10,316.69 | 10,316.69 | 1,031.67 |
| 2 | eCAST Settlement Corporation | 7100-000 | N/A | 5,688.27 | 5,688.27 | 568.82 |
| 3 | eCAST Settlement Corporation | 7100-000 | N/A | 3,065.18 | 3,065.18 | 306.52 |
| 4 | eCAST Settlement Corporation | 7100-000 | N/A | 671.47 | 671.47 | 67.15 |
| NOTFILED | Chase Card Services*** | 7100-000 | 15,096.56 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $25,413.25 | $19,741.61 | $19,741.61 | $1,974.16 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-80569  
**Case Name:** MONIGOLD, THOMAS A  
MONIGOLD, PHYLLIS A  
**Period Ending:** 11/13/13

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/26/13 (f)  
**§341(a) Meeting Date:** 04/04/13  
**Claims Bar Date:** 07/19/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate located at: 2236 Breckenboro Rd, Dav | 260,000.00 | 10,852.51 | | 262,961.50 | FA |
| 2 | Property located at: 799 Gainesboro Rd, Davis, I | 5,000.00 | 100.00 | | 0.00 | FA |
| 3 | Cash | 75.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account with Durand State Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Checking and Savings accounts with Members Allia | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Scottrade Brokerage account | 2.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 8 | Clothing | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Miscellaneous jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Miscellaneous sporting equipment | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Term policy with Members Alliance Credit Union | 1.00 | 1.00 | | 0.00 | FA |
| 12 | 401k with Scottrade | 20,000.00 | 0.00 | | 0.00 | FA |
| 13 | Anticipated State tax refund | 93.00 | 0.00 | | 0.00 | FA |
| 14 | Thomas Monigold Living Trust Phyllis Monigold Li | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 1995 Lincoln Towncar | 2,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1990 Toyota King Cab | 1,500.00 | 0.00 | | 0.00 | FA |
| 16 | **Assets** **Totals** (Excluding unknown values) | **$292,821.00** | **$10,953.51** | | **$262,961.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE AND RECENTLY CONCLUDED NEGOTIATIONS FOR SALE OF DEBTORS' HOMESTEAD.  MOTIONS TO APPROVE SALE TO BE FILED IN APRIL, 2013.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2013   **Current Projected Date Of Final Report (TFR):**   September 4, 2013  (Actual)

Printed: 11/13/2013 11:44 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-80569  
**Case Name:** MONIGOLD, THOMAS A  
MONIGOLD, PHYLLIS A  
**Taxpayer ID #:** **-***6340  
**Period Ending:** 11/13/13  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/04/13 | | Title Underwriters Agency Escrow/Closing Account | Proceeds from Sale of Homestead | | | 13,129.99 | | 13,129.99 |
| | {1} | | Sale of Homestead | 262,961.50 | 1110-000 | | | 13,129.99 |
| | | Morgan Realty | Payment of Commission | -7,812.00 | 3510-000 | | | 13,129.99 |
| | | | Filing Fees, Etc | -263.75 | 2500-000 | | | 13,129.99 |
| | | | 1st installment of 2012 Real Estate Taxes | -4,202.79 | 2820-000 | | | 13,129.99 |
| | | | Mortgage Payoff to Loancare | -196,967.84 | 4110-000 | | | 13,129.99 |
| | | | Earnest Money Part of Realtor's Commission | -1,500.00 | 3510-000 | | | 13,129.99 |
| | | | Title Committment Policy, Etc | -1,078.75 | 2500-000 | | | 13,129.99 |
| | | | 2nd Installment of 2012 and 1st Installment of 2103 Real Estate Taxes | -7,926.58 | 2820-000 | | | 13,129.99 |
| | | | Debtors' Homestead Exemptions | -30,000.00 | 8100-002 | | | 13,129.99 |
| | | | Unpaid Utilities | -79.80 | 2500-000 | | | 13,129.99 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 14.47 | 13,115.52 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.75 | 13,094.77 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 18.83 | 13,075.94 |
| 10/21/13 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $9,186.44, Trustee Compensation; Reference: | | 2100-000 | | 9,186.44 | 3,889.50 |
| 10/21/13 | 102 | Discover Bank | Distribution paid 9.99% on $10,316.69; Claim# 1; Filed: $10,316.69; Reference: 8793 | | 7100-000 | | 1,031.67 | 2,857.83 |
| 10/21/13 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | | 1,915.34 | 942.49 |
| | | | Dividend paid 100.00% on $1,898.00; Claim# ATTY; Filed: $1,898.00 | 1,898.00 | 3110-000 | | | 942.49 |
| | | | Dividend paid 100.00% on $17.34; Claim# EXP; Filed: $17.34 | 17.34 | 3120-000 | | | 942.49 |
| 10/21/13 | 104 | eCAST Settlement Corporation | Combined Check for Claims#2,3,4 | | | | 942.49 | 0.00 |
| | | | Dividend paid 9.99% on $5,688.27; Claim# 2; Filed: $5,688.27; Reference: 5023/CHASE | 568.82 | 7100-000 | | | 0.00 |

Subtotals : $13,129.99 $13,129.99

{} Asset reference(s)

Printed: 11/13/2013 11:44 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-80569  
**Case Name:** MONIGOLD, THOMAS A  
MONIGOLD, PHYLLIS A  
**Taxpayer ID #:** **-***6340  
**Period Ending:** 11/13/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 9.99% on 306.52 $3,065.18; Claim# 3; Filed: $3,065.18; Reference: 3834/CHASE | 7100-000 | | | 0.00 |
| | | | Dividend paid 9.99% on 67.15 $671.47; Claim# 4; Filed: $671.47; Reference: 7492/CHASE | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,129.99 | 13,129.99 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,129.99 | 13,129.99 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | $13,129.99 | $-16,870.01 | |

| | |
|---|---|
| Net Receipts : | 13,129.99 |
| Plus Gross Adjustments : | 249,831.51 |
| Less Payments to Debtor : | 30,000.00 |
| Net Estate : | $232,961.50 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8566** | 13,129.99 | -16,870.01 | 0.00 |
| | $13,129.99 | $13,129.99 | $0.00 |

{} Asset reference(s)

Printed: 11/13/2013 11:44 AM    V.13.13